**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Valtino Joe Slim,<br><br>　　　　Defendant. | CR14-08210-001-PCT-JZB<br><br>**ORDER** |

The defendant appeared in court and admitted to violating his conditions of supervised released as alleged in Paragraph A, B and C of the Petition to Revoke Supervised Release.

IT IS ORDERED revoking the defendant's supervised release as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **TIME SERVED**, followed by 11 month of Supervised Release. Defendant shall abide by the previously ordered conditions issued on November 7, 2014 by doc. [21]. In addition to previous conditions defendant shall reside and participate in a sober living environment, such as Crossroads for men, for up to 180 days, unless discharged earlier by the supervising release officer.

1 | Dated this 20th day of April, 2016.

_____
John A. Buttrick
U.S. Magistrate Judge